STATE OF HAWAII, by its Attorney General,
Plaintiff-Appellant, *v.* HERBERT A. KATZ
and DOROTHY KATZ, Defendants-Appellees

No. 5353

June 28, 1973

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* Based on the relevant evidence adduced, the district court had no authority to grant the motion for stay of final judgment. This case is remanded to the court below for the issuance of the writ of possession, forthwith.

*Stephen K. Yamada,* Deputy Attorney General (*George Pai,* Attorney General, with him on the brief) for plaintiff-appellant.

*Peter A. Lee* (Legal Aid Society of Hawaii) for defendants-appellees.